DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISABEL HOWARD,**
Appellant,

v.

**SPECIALIZED LOAN SERVICING, LLC,**
Appellee.

No. 4D2024-2065

[July 9, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE22-017312.

Isabel Howard, Miami, pro se.

David Rosenberg and Robert R. Edwards of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.  See Ortiz v. U.S. Bank Tr. Nat'l Ass'n*, 393 So. 3d 264, 266 (Fla. 2d DCA 2024) (quoting *Minda v. Minda*, 190 So. 3d 1126, 1127 (Fla. 2d DCA 2016)) ("A second motion for relief from judgment is improper if it attempts to relitigate issues decided by a previous order."); *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); *Rodgers v. Deutsche Bank Nat'l Tr. Co. for The WAMU Mortg. Pass-Through Certificates, Series 2004-AR12*, 256 So. 3d 885, 887–88 (Fla. 4th DCA 2018) ("In this case, the appellant has not furnished us with a transcript of the hearing on his rule 1.540(b) motion . . . . Thus, on this record, we cannot conclude that the trial court abused its discretion in denying the appellant's rule 1.540(b) motion."). *See also Phaedel v. Deutsche Bank Tr. Co. Ams.*, 83 So. 3d 893, 895 (Fla. 4th DCA 2012) (standing may not be raised for the first time in a rule 1.540(b) motion).

WARNER, GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***